# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2022

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

April 11, 2022

**VIA ECF**

Hon. Analisa Torres
United States District Judge
United Stated District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 15D
New York, NY 10007-1312

Re:  **Paguada v. Rowan, Inc., Case No. 22-cv-1846-AT**
     **Request to Extend Defendant's Time to Respond to the Complaint**

Dear Judge Torres:

We represent Defendant Rowan, Inc. in the above-referenced action. Pursuant to Your Honor's Individual Practices in Civil Cases, we write with the consent of counsel for Plaintiff Dilenia Paguada respectfully to request that the Court extend Defendant's time to respond to the Complaint from April 15, 2022 to May 6, 2022. This is Defendant's first request for an extension of time to respond to the Complaint. In support of this request, counsel for Defendant states that we were recently engaged in this matter, and this extension, if granted, will permit us to become more familiar with the relevant facts and allegations. As noted above, Plaintiff's counsel consents to this request. If granted, this request will not affect any other dates scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

C: All Counsel of Record (via ECF)

GRANTED.

SO ORDERED.

Dated: April 13, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge